Argued January 30, affirmed January 30, 1973
## STATE OF OREGON, *Respondent, v.* ROBERT JAMES O'NEIL WHOSE TRUE NAME IS ROBERT JAMES DAVIS (No. 72 2230), *Appellant.*
505 P2d 352

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.